

**ORDERED in the Southern District of Florida on November 28, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:           CASE NO. 17-18430-AJC
ARACELY DIEGO              CHAPTER 13

     Debtor,

_____/

### ORDER CONTINUING HEARING ON MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY REFLECTIONS AT IMPERIAL LAKE, HOA [DE 41]

    **THIS CASE** came on to be heard on November 21, 2017, on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Reflections at Imperial Lake, HOA, [DE # 41] and based on the record, it is

**ORDERED** as follows:

1. That the Motion to Value is continued to December 19, 2017, at 9:00 AM in Courtroom 7, 301 North Miami Avenue, Miami, Florida 33128.

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)266-1151
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.