

**ORDERED in the Southern District of Florida on November 28, 2017.**

_A. Jay Cristol_
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:             CASE NO. 17-18430-AJC
ARACELY DIEGO                 CHAPTER 13

     Debtor,

_____/

### ORDER CONTINUING HEARING ON MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY IMPERIAL LAKE MASTER, HOA [DE 37]

**THIS CASE** came on to be heard on November 21, 2017, on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Imperial Lake Master, HOA, [DE # 37] and based on the record, it is

**ORDERED** as follows:

1. That the Motion to Value is continued to December 19, 2017, at 9:00 AM in Courtroom 7, 301 North Miami Avenue, Miami, Florida 33128.

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)266-1151
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.