# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ 2nd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Aracely Diego     JOINT DEBTOR: _____     CASE NO.: 17-18430

SS#: xxx-xx- 4524     SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $711.88 for months 1 to 20 ;
2. $732.22 for months 21 to 60 ;
3. $0.00 for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE  ☐ PRO BONO

| Total Fees: $5000.00 | Total Paid: $2000.00 | Balance Due: $3000.00 |
|---|---|---|
| Payable $150.00 /month (Months 1 to 20 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5000- $3500 Chapter 13 Bankruptcy, 2 $750.00 MTV

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Reverse Mortgage Solutions
   Address: 5010 Linbar Drive, Suite 100
   Nashville, TN 37211

   Arrearage/ Payoff on Petition Date _____
   Reverse Mortgage Payment $384.70 /month (Months 1 to 60 )

   Last 4 Digits of Account No.: 7657

Other: _____

☒ Real Property                                         Check one below for Real Property:
  ☒ Principal Residence                                 ☒ Escrow is included in the regular payments
  ☐ Other Real Property                                 ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
12607 NW 7 Lane Miami, FL 33182

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Imperial Lake Master HOA
   Address: 12301 NW 7th lane
            Miami, FL 33182

   Arrearage/ Payoff on Petition Date  _____
   Regular Payment (Maintain)          $79.50  /month (Months  1  to  60 )

   Last 4 Digits of
   Account No.:  8939

Other: _____

☐ Real Property                                         Check one below for Real Property:
  ☒ Principal Residence                                 ☒ Escrow is included in the regular payments
  ☐ Other Real Property                                 ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
12607 NW 7 Lane Miami, FL 33182

☐ Personal Property/Vehicle
Description of Collateral: _____

3. Creditor: Reflections at Imperial Lake HOA
   Address: 12301 NW 7th Lane
            Miami, FL

   Arrearage/ Payoff on Petition Date  _____
   Regular Payment (Maintain)          $26.50  /month (Months  1  to  60 )

   Last 4 Digits of
   Account No.:  8941

Other: _____

☐ Real Property                                         Check one below for Real Property:
  ☒ Principal Residence                                 ☒ Escrow is included in the regular payments
  ☐ Other Real Property                                 ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
12607 NW 7 Lane Miami, FL 33182

☐ Personal Property/Vehicle
Description of Collateral: _____

   B. **VALUATION OF COLLATERAL:**  ☐ NONE

   IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

   1. **REAL PROPERTY:**  ☐ NONE

Debtor(s): Aracely Diego    Case number: 17-18430

| 1. Creditor: Imperial Lake HOA | Value of Collateral: $223,468.00 | **Payment** |
|---|---|---|
| Address: 12301 NW 7 Lane Miami, FL 33182 | Amount of Creditor's Lien: $6,252.53 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 8939 | Interest Rate: 0.00% | $0.00 /month (Months ___ to ___) |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>12607 NW 7 Lane Miami, FL 33182 | Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>☐ taxes  ☐ insurance directly | |
| 2. Creditor: Reflections at Imperial Lake | Value of Collateral: $223,468.00 | **Payment** |
| Address: 12301 NW 7 Lane Miami, FL 33182 | Amount of Creditor's Lien: $4,147.50 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 8941 | Interest Rate: 0.00% | $0.00 /month (Months ___ to ___) |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>12607 NW 7 Lane Miami, FL 33182 | Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>☐ taxes  ☐ insurance directly | |

  2. **VEHICLES(S):** ■ NONE
  3. **PERSONAL PROPERTY:** ■ NONE
  C. **LIEN AVOIDANCE** ■ NONE
  D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE
  E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]
  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE
  B. **INTERNAL REVENUE SERVICE:** ■ NONE
  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE    D. **OTHER:**

■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
  A. Pay $168.30 /month (Months 21 to 60)
   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
  B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
  C. **SEPARATELY CLASSIFIED:** ■ NONE
  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): Aracely Diego          Case number: 17-18430

☑ NONE

**VII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ☑ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.  NON-STANDARD PLAN PROVISIONS** ☑ NONE

        **PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Ena Alvarez          Debtor     10/31/2017                                    Joint Debtor    _____
Aracely Diego                             Date                                                                    Date

/s/ Ricardo Corona, Esq.           10/31/2017
Attorney with permission to sign on           Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 10/1/17)                                    Page 4 of 4