**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**                                                                                          **CASE NO.: 17-18430-AJC**
                                                                                                             **CHAPTER 13**

**Aracely Diego,**

**Debtor.**

_____/

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 72, Motion for Relief from Stay, filed on June 14, 2018.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: \_/s/ Shreena Augustin_____
   Shreena Augustin, Esquire
   Email: saugustin@rasflaw.com
   FL Bar Number: 0117598

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL  33126

ARACELY DIEGO
12607 NW 7 LANE
MIAMI, FL  33182

NANCY K. NEIDICH
STANDING CH.13 TRUSTEE
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: _/s/ Shreena Augustin_____
    Shreena Augustin, Esquire
    Email: saugustin@rasflaw.com
    FL Bar Number: 0117598