# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 17-18430-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

ARACELY DIEGO

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$1423.76**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2099
MEMPHIS, TN 38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **December 3, 2018** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of October 2018.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 17-18430-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ARACELY DIEGO
12607 NW 7TH LANE
MIAMI, FL  33182

**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126